IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE JULIO RODRIGUEZ-CUMBA,<br>also known as "Chambi", "Chembi",<br>"Josue", "Chambo", and "Patron",<br><br>Defendant. | INFORMATION<br><br>Criminal No. 26-133(PAD)<br><br>Violations:<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii),<br>(b)(1)(D), (b)(1)(E)<br>21 U.S.C. § 846<br>21 U.S.C. §§ 848(a),(c)<br>21 U.S.C. § 952(a)<br>21 U.S.C. §§ 960(a)(1), (b)(1)(B)(ii)<br>21 U.S.C. § 963<br><br>Forfeiture:<br>21 U.S.C. § 848(a)<br><br>ONE COUNT |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
Continuing Criminal Enterprise
(21 U.S.C. §§ 848(a), and (c))

1.    Beginning on a date unknown, but not later than in or about 2011, and continuing up to and until May 2024, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

JOSE JULIO RODRIGUEZ-CUMBA,
also known as "Chambi", "Chembi", "Josue", "Chambo", and "Patron",

the defendant herein, did knowingly and intentionally engage in a continuing criminal enterprise, in that the defendant JOSE JULIO RODRIGUEZ-CUMBA, committed violations of Title 21, United States Code, Sections 841(a), 846, 952(a), 960 and 963, including Violations One through Five set forth below, which violations were part of a continuing series of violations of those statutes undertaken by the defendant, in concert with

five or more other persons, with respect to whom the defendant occupied supervisory and management positions, and from which continuing series of violations the defendant obtained substantial income and resources.

Series of Drug Violations

2.      In furtherance of the enterprise, and to effect the object thereof, in Puerto Rico, and elsewhere, on or about the dates, times and locations set forth below, JOSE JULIO RODRIGUEZ-CUMBA, the defendant herein, in concert with his associates and co-conspirators, committed and caused to be committed, a continuing series of felony drug violations, including but not limited to, the acts set forth as Predicate Acts below:

Predicate Act One<br>(Conspiracy to Import Cocaine into the United States)

3.      Beginning on a date unknown, but not later than 2015, and continuing up to and until May 2024, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, JOSE JULIO RODRIGUEZ-CUMBA, the defendant herein, knowingly and intentionally combined, conspired, confederated, and agreed with others known and unknown to the United States, to commit an offense against the United States, that is, to import into the United States from any place outside thereof, including the Republic of Venezuela and elsewhere, five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug-controlled substance.  All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(1)(B)(ii), 963.

Predicate Act Two<br>(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

4.      Beginning on a date unknown, but not later than 2011, and continuing up to and until May 2024, in the District of Puerto Rico, and within the jurisdiction of this Court,

2

JOSE JULIO RODRIGUEZ-CUMBA, the defendant herein, knowingly and intentionally combined, conspired, confederated, and agreed with others known and unknown to the United States, to distribute and to possess with intent to distribute (i) five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug-controlled substance; (ii) a mixture and substance containing a detectable amount of buprenorphine, a Schedule III controlled substance; and (iii) a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance. All in violation Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii), (b)(1)(D), (b)(1)(E), and 846.

Predicate Act Three
(Importation of Cocaine into the United States
Approximately 611 Kilograms of Cocaine)

5.    On or about September 6, 2021, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, JOSE JULIO RODRIGUEZ-CUMBA, the defendant herein, aiding and abetting others known and unknown to the United States, did knowingly and intentionally import into the United States from any place outside thereof, that is the Republic of Venezuela and elsewhere, five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug-controlled substance. All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(1)(B)(ii), and 963, and Title 18, United States Code, Section 2.

Predicate Act Four
(Attempted Importation of Cocaine into the United States
Approximately 1260 Kilograms of Cocaine)

6.    On or about October 22, 2024, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, JOSE JULIO RODRIGUEZ-CUMBA, the defendant

3

herein, aiding and abetting others known and unknown to the United States, did knowingly and intentionally attempt to import into the United States from any place outside thereof, that is the Republic of Venezuela and elsewhere, five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug-controlled substance. All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(1)(B)(ii), 963, and Title 18, United States Code, Section 2.

Predicate Act Five
(Possession with Intent to Distribute Buprenorphine)

7.    From on or about July 2023, and continuing up to and until May 22, 2024, in the Metropolitan Detention Center, a facility within the Bureau of Prisons, in Guaynabo, in the District of Puerto Rico, and within the jurisdiction of this Court, JOSE JULIO RODRIGUEZ-CUMBA, the defendant herein, aiding and abetting others known and unknown to the United States, did knowingly and intentionally possess with intent to distribute a mixture or  substance containing a detectable amount of buprenorphine, a Schedule III controlled substance.  All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E), and Title 18, United States Code, Section 2.

8.    All in violation of Title 21, United States Code, Sections 848(a) and (c).

## CONTINUING CRIMINAL ENTERPRISE FORFEITURE ALLEGATION

1.    The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Sections 848, and 853.

2.    Pursuant to Title 21, United States Code, Sections 848 and 853, upon conviction of an offense in violation of Title 21, United States Code, Section 848,

[1] JOSE JULIO RODRIGUEZ-CUMBA,

4

also known as "Chambi", "Chembi", "Patron", and "Bizco,"

the defendant herein, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

(a) $2,218,620.00 United States currency abandoned by LUIS ROBERTO ALVARADO-REYES and seized by the government at the Miami International Airport, in the Southern District of Florida on September 9, 2021.

(b) $302,158.50 in United States currency formerly on deposit in Account No. xxx-xx8699 at Banco Popular of Puerto Rico, held under the name of "Jose Julio Rodriguez-Cumba" seized by the government on February 7, 2022.

(c) All United States currency on deposit in Account No. . xxx-xx9958 at Banco Santander, held under the name Chinchorro07 Corp.

(d) All United States currency on deposit in Account No. . xxx-xx0733 at Banco Santander, held under the name Cubarican Flavors LLC.

(e) All United States currency on deposit in Account No. 126-128412 at Cooperativa de Ahorro y Crédito de Rincón Savings, held under the name [15] NIURKA A. RODRIGUEZ-CUMBA.

(f) All United States currency on deposit in Account No. 084-321520 at Banco Popular Puerto Rico, held under the name [13] LUIS HECTOR

5

ADAMES-NIEVES.

(g) All United States currency on deposit in Account No. . xxx-xx0203 at Oriental, held under the name J.J.R. Multiservices, LLC.

(h) All United States currency on deposit in Account No. 126-128323 at Cooperativa de Ahorro y Crédito de Rincón, held under the name [1] JOSE JULIO RODRIGUEZ-CUMBA.

(i) "El Ancla", a 2014 Pershing, 62-foot vessel, hull number FERP6205D414, seized on December 21, 2021.

(j) One William TurboJet 325, model 6-7231 dinghy boat seized on December 21, 2021.

(k) real property located at Urb. Mayaguez Terrace, 2007 Dr. Jose Larranaga Street, Mayagüez, Puerto Rico.

(l) real property located at #7 Road 459 Km 11.9 Barrio Jobos, Isabela, Puerto Rico. Lot Number 1, located at Jobos Ward of Isabela, with a superficial area of7860.7912 square meters. It boundaries are: by the NORTH, in 56.884 meters with lot number 3 of the substitute Inscription Plan; by the EAST, in 158.911 meters, with access lot in the substitute Registration Plan; by the SOUTH, in 42.142 meters with strip marked Widening in the substitute Inscription Plan that separates it from Highway 459; by the WEST, in 4 alignments totaling 155.354 meters with neighborhood road, which separates it from land of Idalia Hernández.

(m)Property located at Lot #3, Road 466, Sec. Las Marias at Barrio Jobos,

6

Isabela, Puerto Rico, Property Number 23344 recorded at page 177 of volume 428 of Isabela, Registry of the Property of Aguadilla.

(n) real property located at #7 Calle Juan Morell Campo, Barrio Candelaria, Mayagüez Pueblo, Mayagüez, Puerto Rico. URBAN: Plot located on Street Number Two, today Street Morell Campos, place called Barcolona, Candelaria Ward of the city of Mayagüez, which has a surface space, according to measurement, of 249.80 square meters, equivalent to two (2) areas, forty-nine (49) centiare eighty (80) milliare. Bounding by the SOUTH, with the street in which it is called Morell Campos, to which it gives its front, and where it measures 10.78 meters; to the NORTH, with the Yagüez River, where it measures 9.36 meters; by the EAST, in a straight line owned by Cecilio Torres, where it measures 27.29 meters; and on the WEST, with land of the Seguinot Succession and another with land of the Brignoni Succession, by which side measures said plot 23.74 meters. On this lot was built a house of concrete and blocks, two floors, one low and one high, with concrete roof and concrete as well. The ground floor measures 35 and a half feet 4 inches by its front, 31 feet with 6 inches the back or bottom; 43 feet and four inches on the right side, entering, and 43 feet 4 inches on the left side. The ground floor for commerce, with entrance for vehicles, with tile floors. The tall door measures 35 feet and 4 1/2 inches in front; 31 feet 6 inches deep; 43 feet 4inches on the right side; and 43 feet 4 inches on the left side. The said upper floor destined to housing with

7

balcony to the front and terrace to the left side, with floors of tiles, comprising living room, dining room, three bedrooms, bathroom and kitchen, in addition to the said balcony to the terrace.

(o) real property located at 1479 Condado del Mar Apartment 1910, Ashford Avenue San Juan, Puerto Rico. URBAN: HORIZONTAL PROPERTY: CONDOMINIUM CONDADO DEL MAR of Santurce Norte. Apartment: 1910. AREA: 46.47 square meters. Irregularly located on the nineteenth floor of the building "Condado de Mar", in the northern sector of Santurce, San Juan, Puerto Rico, with total private area of five hundred square feet, equivalent to forty six square meters with forty-seven cents of square meters, measuring ten and eight feet eleven inches in its greatest width by twenty-six feet eleven inches in its greatest length consists of foyer, living room, bedroom, terrace, bathroom, closet dressing rooms, kitchen with work table, wall cabinets, stove-oven, sink and refrigerator. It adjoins the NORTH, with a wall that separates it from a common corridor limited in a length of ten and eight feet eleven inches; by the SOUTH, in a broken line with outer courtyard in a length of ten and eight feet eleven inches; on the EAST, with the wall separating it from the apartment nineteen eight in a length of twenty-three feet seven inches and with an outdoor courtyard in a length of three feet seven inches; and on the WEST, with an outer courtyard in a length of three feet seven inches with a wall separating it from the service elevator pit and service hall in a length of twelve feet

8

six inches. This apartment has its entrance door that communicates it with the limited common corridor that gives access to the elevators and exit stairs to the outside of the building and corresponds to the uncovered parking one hundred and forty-eight (148). Corresponds to this apartment in the common elements of the property a share equivalent to two hundred thousandths of one percent (0.200%).

(p) Jewelry seized from the Jose Julio Rodriguez-Cumba residence in Moca, Puerto Rico on September 10, 2021.

(q) Gold Bracelet seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

(r) Gold ring with "LV" seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

(s) Gold Neck Chain with a cross seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(t) Gold neck chain with a cross seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(u) Gold neck chain with cross seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(v) Gold Neck Chain with a letter "A" charm seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(w) "AVIANNE" Collar seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

9

(x) "AVIANNE" Bracelet seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

(y) Audemars Piguet "C47714" wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(z) Rolex Date Just Wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021

(aa)    Gold Neck Chain seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

(bb)    Rolex Wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

(cc)    Gold Neck Chain with "LV" charm seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(dd)    Audemars Piguet Wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021

(ee)    Audemars Piguet "I93063" wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(ff) Audemars Piguet "YY1817X" wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(gg)    Gold Bracelet seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

10

(hh)      Rolex Sky Dweller wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021.

(ii) Gold bracelet seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

(jj) Rolex Day Date Wristwatch seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021

(kk)      Silver Bracelet seized by the government from 48 Urb. La Llamarada, in Moca, Puerto Rico on September 10, 2021;

(ll) $970.00 United States currency seized from a Honda Pilot bearing license plate number JRN-144 on September 10, 2021.

(mm)      2020, Toyota Highlander, JLM060.

(nn)      $3,800 seized from [1] JOSE JULIO RODRIGUEZ-CUMBA on October 3, 2021.

(oo)      Jetski Yamaha Wave Runner 2500J021 seized by the government on September 14, 2022.

(pp)      Jetski Yamaha Wave Runner 1739L021 seized by the government on September 14, 2022.

(qq)      Triton Trailer 4TCSM1111MHL76775 seized by the government on September 14, 2022

(rr) Triton Trailer—No registration number—seized by the government on September 14, 2022.

(ss)

3.      If any of the property described above, as a result of any act or omission of the

11

defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

TRUE BILL,

FOREPERSON

Date: _____

W. STEPHEN MULDROW
United States Attorney

Myriam Y. Fernández-González
Assistant United States Attorney, Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

Ryan R. McCabe
Assistant United States Attorney

12